IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BNZ Materials, Inc.                    )
                   Plaintiff           )
                                       )
vs                                     ) Civil No. 00-632
                                       )
Hoge Warren Zimmerman Co., Inc.        )
                   Defendant           )

ORDER OF COURT

AND NOW, to wit, this **24** day of June, 2006, it appearing
to the Court that the above-captioned case has been terminated
with no appeals pending and upon agreement of counsel, IT IS
HEREBY ORDERED that the following pleading, impounded in the
Office of the Clerk of Court be destroyed by the Clerk:

Document: Arbitration Award

Arthur J. Schwab
U.S. District Judge